IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 6 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-01459-BNB

GREGORY BLUE, and
POLLEA ANNE BLUE,

      Plaintiffs,

v.

COLORADO SPRINGS POLICE DEPT.,
FEDERAL POSTAL INSPECTORS,
STATE OF COLORADO,
JOSEPH GALERA,
JUDGE DAVID PRINCE,
DISTRICT ATTORNEY M. VELAR,
CITY OF COLORADO SPRINGS, CO., and
COUNTY OF EL PASO, COLORADO,

      Defendants.

## AMENDED ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFFS TO CURE DEFICIENCY

      Plaintiff Gregory Blue has submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiffs will be directed to cure the following if they wish to pursue their claims. Any papers that Plaintiffs file in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)    xx    is not submitted (by Plaintiff Pollea Anne Blue)
(2)    ___    is missing affidavit

(3) xx is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>account statement submitted by Plaintiff Gregory Blue does not cover the entire 6-month period</u>)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other: _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) xx is missing an original signature (<u>by Plaintiff Pollea Anne Blue</u>)
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Plaintiffs cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiffs file in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if either Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, that Plaintiff will be dismissed as a party to this action without further notice. The dismissal shall be without prejudice.

2

DATED at Denver, Colorado, this 13th day of July, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01459-BNB

Gregory A. Blue
Reg. No. 194079
CJC 2C2
2739 E. Las Vegas St.
Colorado Spring, CO 80906

Gregory A. Blue
Reg. No. 194079
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  7-16-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk