IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01459-BNB

GREGORY BLUE, and
POLLEA ANNE BLUE,

Plaintiffs,

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 19 2007

GREGORY C. LANGHAM
CLERK

v.

COLORADO SPRINGS POLICE DEPT.,
FEDERAL POSTAL INSPECTORS,
STATE OF COLORADO,
JOSEPH GALERA,
JUDGE DAVID PRINCE,
DISTRICT ATTORNEY M. VELAR,
CITY OF COLORADO SPRINGS, CO., and
COUNTY OF EL PASO, COLORADO,

Defendants.

---

ORDER DISMISSING PLAINTIFF POLLEA ANNE BLUE

---

Plaintiff Gregory Blue initiated this action by filing ***pro se*** a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. In addition to himself, the Prisoner Complaint lists Pollea Anne Blue as a Plaintiff in this action. Both Gregory and Pollea Anne Blue are inmates at the El Paso County Detention Facility in Colorado Springs, Colorado. In an amended order filed on July 16, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Plaintiffs to cure certain deficiencies within thirty days if they wished to pursue their claims. Magistrate Judge Boland specifically ordered Pollea Anne Blue to file her own motion seeking leave to proceed ***in forma***

***pauperis*** and to sign the complaint. Magistrate Judge Boland ordered Gregory Blue to submit a certified copy of his inmate trust fund account statement in support of his ***in forma pauperis*** motion that covers the entire six-month period immediately preceding the filing of the complaint. Plaintiffs were warned that, if either Plaintiff failed to cure the deficiencies, that Plaintiff would be dismissed as a party to this action.

On July 30, 2007, Gregory Blue submitted a proper certified copy of his inmate trust fund account statement together with a letter to the Court stating that he could not obtain a certified copy of Pollea Anne Blue's inmate trust fund account statement. Gregory Blue also submitted a new signature page for the complaint that bears the signature of Pollea Anne Blue. Also on July 30, 2007, Pollea Anne Blue submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 without a certified copy of her inmate trust fund account statement. Therefore, the Court finds that Gregory Blue has cured the deficiencies in this action. However, the Court finds that Pollea Anne Blue has failed to cure the deficiencies because she has failed to submit a certified copy of her inmate trust fund account statement as required pursuant to 28 U.S.C. § 1915(a)(2). As a result, Plaintiff Pollea Anne Blue will be dismissed as a party to this action for failure to cure the deficiencies. Accordingly, it is

ORDERED that Plaintiff Pollea Anne Blue is dismissed without prejudice as a party to this action for failure to cure the deficiencies. It is

FURTHER ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed by Pollea Anne Blue on July 30, 2007, is denied as moot.

DATED at Denver, Colorado, this 18 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01459-BNB

Gregory Blue
Prisoner No. 194079
CJC - Unit 2C2
2739 E. Las Vegas Street
Colorado Springs, CO 80906

Pollea Anne Blue
Prisoner No. A002-01010
2739 E. Las Vegas Street
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-19-7

GREGORY C. LANGHAM, CLERK

By: [signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01459-BNB

Gregory Blue
Prisoner No. 194079
CJC - Unit 2C2
2739 E. Las Vegas Street
Colorado Springs, CO 80906

Pollea Anne Blue
Prisoner No. A002-01010
2739 E. Las Vegas Street
Colorado Springs, CO 80906

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-19-7

GREGORY C. LANGHAM, CLERK

By: ______________________
Deputy Clerk