IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01459-BNB

GREGORY BLUE,

    Plaintiff,

v.

COLORADO SPRINGS POLICE DEPT.,
FEDERAL POSTAL INSPECTORS,
STATE OF COLORADO,
JOSEPH GALERA,
JUDGE DAVID PRINCE,
DISTRICT ATTORNEY M. VELAR,
CITY OF COLORADO SPRINGS, CO., and
COUNTY OF EL PASO, COLORADO,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 9 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Gregory Blue, is an inmate at the El Paso County Criminal Justice Center in Colorado Springs, Colorado. Mr. Blue initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983. Mr. Blue specifically claims that his constitutional rights were violated during the course of two searches and the ensuing criminal proceedings that were filed against him in state court. The complaint lists both Mr. Blue and his wife, Pollea Anne Blue, as Plaintiffs. In an order filed on September 19, 2007, Plaintiff Pollea Anne Blue was dismissed as a party to this action. On October 19, 2007, the court ordered Mr. Blue to show cause why the complaint should not be dismissed because the claims he is raising appeared to imply the invalidity of his criminal convictions. On November 7, 2007, Mr. Blue filed his response to the show

cause order. He contends in his response that the claims arising from one of the searches are not barred because the criminal charges that were filed against him in connection with that search later were dismissed. Mr. Blue concedes that his claims stemming from the other search are barred at this time because he has not invalidated the criminal convictions that resulted from that search.

The court must construe the complaint liberally because Mr. Blue is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Blue will be ordered to file an amended complaint.

The court has reviewed the complaint and finds that it is both confusing and deficient. The complaint is confusing because it includes allegations that relate to a named Plaintiff, Pollea Anne Blue, who no longer is a party to this action and it includes claims that Mr. Blue concedes are barred at this time. Furthermore, the claims and allegations are presented in such a way that it is not clear to the court which allegations relate to the claims Mr. Blue may pursue at this time.

The court also finds that the complaint is deficient. First, it is not clear who Mr. Blue intends to sue in this action. Mr. Blue lists the Colorado Springs Police Department as a Defendant in the caption of the complaint as well as a Defendant identified as "Federal Postal Inspectors." However, in Section A of the complaint, the section that describes the parties to the action, Mr. Blue indicates that he is suing individual officers of the Colorado Springs Police Department and individual federal postal inspectors. Therefore, it is not clear whether Mr. Blue intends to sue the police

2

department itself as well as an entity identified as "Federal Postal Inspectors" or whether he intends to sue a number of police officers and postal inspectors.

Based on the claims asserted in the complaint, it appears that Mr. Blue intends to sue the individuals who actually searched his home. If so, each individual police officer and postal inspector to be sued must be named in the caption, *see* Fed. R. Civ. P. 10(a) ("[i]n the complaint the title of the action shall include the names of all the parties"), and each individual police officer and postal inspector to be sued must be listed in Section A of the complaint form. Mr. Blue may use fictitious names, such as "John Doe" or "Jane Doe," if he does not know the real names of the individuals who allegedly violated his rights. However, if Mr. Blue uses fictitious names, he must provide sufficient information about each defendant so that each defendant can be identified for purposes of service.

In addition, although Mr. Blue lists as Defendants the State of Colorado, the City of Colorado Springs, and the County of El Paso, Colorado, he fails to assert any claims against these Defendants and he fails to allege any facts that might support a claim against these Defendants.

Therefore, Mr. Blue will be ordered to file an amended complaint to clarify who he is suing, what specific claims for relief he is asserting, against which Defendant or Defendants those claims are asserted, and what specific facts support each asserted claim. Mr. Blue is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Mr. Blue should name as Defendants in the amended complaint only those persons he believes actually violated his rights.

Furthermore, in order for Mr. Blue to state a claim for relief, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." ***Nasious v. Two Unknown B.I.C.E. Agents***, 492 F.3d 1158, 1163 (10th Cir. 2007). Accordingly, it is

ORDERED that Mr. Blue file **within thirty (30) days from the date of this order** an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Blue, together with a copy of this order, two copies of the following forms: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Blue fails within the time allowed to file an amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED November 9, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01459-BNB

Gregory Blue
Prisoner No. 135790
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 11/9/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk