IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01459–WYD–KMT

GREGORY BLUE,

    Plaintiff,

v.

FEDERAL POSTAL INSPECTOR SKAFETTIE,
FEDERAL POSTAL INSPECTOR JOHN DOE 2,
COLORADO SPRINGS POLICE OFFICER JOHN DOE 1,
COLORADO SPRINGS POLICE OFFICER JOHN DOE 2,
COLORADO SPRINGS POLICE OFFICER JOHN DOE 3,
COLORADO SPRINGS POLICE OFFICER JOHN DOE 4,
COLORADO SPRINGS POLICE OFFICER JOHN DOE 5,
COLORADO SPRINGS POLICE OFFICER JOHN DOE 6,
CITY OF COLORADO SPRINGS, COLORADO, and
COLORADO SPRINGS POLICE OFFICER D. MORK 1763,

    Defendants.

---

**ORDER**

---

This matter comes before the Court on Defendants' "<u>Unopposed</u> Motion to Stay Discovery and to Vacate Scheduling Conference" (#47 filed May 27, 2008). Both Defendants have filed motions to dismiss. Defendant Federal Postal Inspector Skafettie seeks dismissal on the grounds of sovereign immunity and qualified immunity. The Supreme Court has recognized that where a defense of qualified immunity is raised, "[u]ntil [the] threshold immunity question is resolved, discovery should not be allowed." *Siegert v. Gilley*, 500 U.S. 226, 231 (1991).

Therefore, Defendant's motion (#47) is **GRANTED.** Discovery is stayed pending ruling on the motions to dismiss. The Scheduling Conference set for June 17, 2008 is **VACATED.** The deadlines for filing a proposed scheduling order and for service of Rule 26(a)(1) disclosures are **VACATED.** Defendants are **ORDERED** to file a status report within ten (10) days of ruling on the motions to dismiss to advise the court whether a scheduling conference should be set.

DATED this 2nd day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge